PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER D. BAKER
LAURA JEAN BERGER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR ALBERTO NAVARRO, DAVID DELGADO GONZALEZ, AMAYRANI JARED ARREGUIN, LIZETTE MENDEZ, MAYRA GUADALUPE GALVAN, MIGUEL ANGEL MARTINEZ, RANDAL JASON NEWELL, JAMES SCOTT GORDON, DANIEL ARMENDARIZ MERCADO,<br><br>Defendants. | CASE NO. 5:21-mj-00011-JLT<br><br>[~~PROPOSED~~] ORDER UNSEALING REDACTED COMPLAINT, ARREST WARRANTS AND REDACTED AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, arrest warrants, and redacted affidavit in the above-captioned matter are hereby ordered unsealed.

IT IS SO ORDERED.

Dated:  **March 26, 2021**          **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE

ORDER UNSEALING COMPLAINTS