1  PHILLIP A. TALBERT
   Acting United States Attorney
2  CHRISTOPHER D. BAKER
   LAURA JEAN BERGER
3  Assistant United States Attorneys
   4550 California Avenue, Suite 640
4  Bakersfield, CA 93309
   Telephone: (661) 489-6150
5  Facsimile: (661) 489-6151

6  Attorneys for Plaintiff
   United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO. 1:21-CR-00095-DAD-BAM

12                          Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                             TIME PERIODS UNDER SPEEDY TRIAL ACT;
                   v.                        ORDER
13
   OMAR ALBERTO NAVARRO et al.,             DATE: December 8, 2021
14                                           TIME: 1:00 p.m.
                           Defendants.       COURT: Hon. Barbara A. McAuliffe
15

16

17                                 **STIPULATION**

18
        Plaintiff United States of America, by and through its counsel of record, and defendants, by and
19
   through defendants' counsel of record, hereby stipulate as follows:
20
        1.      By previous order, this matter was scheduled for a status conference on December 8,
21
   2021.
22
        2.      By this stipulation, the parties move to continue the status conference until March 9,
23
   2022, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial
24
   Act between December 8, 2021, and March 9, 2022.
25
        3.      The parties agree and stipulate, and request that the Court find the following:
26
        a)      Initial discovery was transmitted to defendants (except defendant Gallegos, who was
27
   joined to the case later) on or about April 15, 2021.  This discovery consisted of approximately
28

   STIPULATION AND ORDER REGARDING EXCLUDABLE          1
   PERIODS UNDER SPEEDY TRIAL ACT

1    880 Bates-numbered items, including audio recordings, data and transcripts of telephone calls

2    intercepted through Court-authorized electronic surveillance, case agent reports, audio and video

3    recordings, photographs, and laboratory results, as well as a recording of post-arrest interviews if

4    any interview took place.  The initial discovery was transmitted under cover letter inviting

5    defense counsel to contact the government in the event they wished to inspect any physical

6    evidence seized during the investigation of the case.

7    b)    On or about June 14, 2021, the government transmitted supplemental discovery to the

8    defendants, consisting of additional reports of investigation, laboratory results and photographs.

9    c)    Following her arraignment on July 22, 2021, the above-referenced discovery was

10   produced to defendant Gallegos on July 27 and August 3, 2021.

11   d)    On or about November 19, 2021, the government transmitted supplemental discovery to

12   the defendants, consisting of additional reports of investigation, laboratory results and

13   photographs.

14   e)    Counsel for defendants desire additional time to review discovery, consult with their

15   clients, conduct investigation and research related to the charges, and to otherwise prepare for

16   trial.

17   f)    Counsel for defendants believe that failure to grant the above-requested continuance

18   would deny them the reasonable time necessary for effective preparation, taking into account the

19   exercise of due diligence.

20   g)    Based on the above-stated findings, the ends of justice served by continuing the case as

21   requested outweigh the interest of the public and the defendants in a trial within the original date

22   prescribed by the Speedy Trial Act.

23   h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,

24   within which trial must commence, the time period of December 8, 2021 to March 9, 2022,

25   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results

26   from a continuance granted by the Court at defendants' request on the basis of the Court's

27   finding that the ends of justice served by taking such action outweigh the best interest of the

28   public and the defendants in a speedy trial.

STIPULATION AND ORDER REGARDING EXCLUDABLE
PERIODS UNDER SPEEDY TRIAL ACT

2

1          4.          Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act provide that additional time periods are excludable from the period within which a trial

3   must commence.

4          IT IS SO STIPULATED.

5

6    Dated:  November 30, 2021                              PHILLIP A. TALBERT
                                                            Acting United States Attorney
7

8                                                    By:  /s/ CHRISTOPHER D. BAKER
                                                          CHRISTOPHER D. BAKER
9                                                         Assistant United States Attorney

10

11  /s/ ROBERT L. FORKNER                         /s/  DAVID A. TORRES
    ROBERT L. FORKNER                             DAVID A. TORRES
12  Counsel for defendant Omar Alberto Navarro    Counsel for defendant Miguel Angel Martinez

13
    /s/ JOHN F. GARLAND                           /s/  ERIN M. SNIDER
14  JOHN F. GARLAND                               ERIN M. SNIDER
    Counsel for defendant David Delgado Gonzalez  Counsel for defendant Randal Jason Newell
15

16  /s/ KEVIN P. ROONEY                           /s/  BARBARA HOPE O'NEILL
    KEVIN P. ROONEY                               BARBARA HOPE O'NEILL
17  Counsel for defendant Lizette Mendez          Counsel for defendant Amayrani Jared Arreguin

18
    /s/ ROGER D. WILSON
19  ROGER D. WILSON
    Counsel for defendant Yvette Gallegos
20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER REGARDING EXCLUDABLE            3
PERIODS UNDER SPEEDY TRIAL ACT

1

### **ORDER**

2      IT IS SO ORDERED that the status conference is continued from December 8, 2021, to **March 9,**

3  **2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18

4  U.S.C.§ 3161(h)(7)(A), B(iv).

5
IT IS SO ORDERED.

6

7      Dated:   **December 1, 2021**          /s/ *Barbara A. McAuliffe*  _
                                                          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER REGARDING EXCLUDABLE          4
PERIODS UNDER SPEEDY TRIAL ACT