PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Ave., Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile:  (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00095-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO SCHEDULE CHANGE OF PLEA HEARING; ORDER |
| v. | DATE: May 2, 2022 |
| DAVID DELGADO GONZALEZ, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. District Judge Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On April 18, 2022, the parties filed a plea agreement. ECF No. 135.

2. The parties request the Court schedule a change of plea hearing for May 2, 2022.

3. By previous order, the Court excluded time from calculation under the Speedy Trial Act through and including June 8, 2022. ECF No. 126.

4. The parties additionally request the Court as to this defendant only vacate the status conference currently scheduled before the Honorable Magistrate Judge Barbara A. McAuliffe on June 8, 2022.

/ / /

/ / /

1

IT IS SO STIPULATED.

Dated:  April 20, 2022                                      PHILLIP A. TALBERT
                                                            United States Attorney


                                                            /s/ CHRISTOPHER D. BAKER
                                                            CHRISTOPHER D. BAKER
                                                            Assistant United States Attorney


Dated:  April 20, 2022                                      /s/ JOHN F. GARLAND
                                                            JOHN F. GARLAND
                                                            Counsel for Defendant
                                                            DAVID DELGADO
                                                            GONZALEZ

**ORDER**

Pursuant to the parties' stipulation, a change of plea hearing at to defendant David Delgado Gonzalez is hereby scheduled for May 2, 2022 at 9:00 a.m.  As to this defendant only, the status conference currently scheduled before the Magistrate Judge Barbara A. McAuliffe on June 8, 2022 is vacated.

IT IS SO ORDERED.

Dated:  **April 25, 2022**                                  _Dale A. Drozd_
                                                            UNITED STATES DISTRICT JUDGE

2