PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OMAR ALBERTO NAVARRO, and DAVID DELGADO GONZALEZ, <br><br> Defendants. | CASE NO. 1:21-CR-00095-TWR-BAM <br><br> APPLICATION FOR FINAL ORDER OF FORFEITURE |

On July 8, 2022, and November 23, 2022, the Court entered a Preliminary Order of Forfeiture, and an Amended Preliminary Order of Forfeiture on August 27, 2024, pursuant to the provisions of 21 U.S.C. § 853(a), forfeiting to the United States all right, title, and interest of defendants Omar Alberto Navarro and David Delgado Gonzalez in the following property:

    a.    Kel Tec shotgun, unknown serial number,
    b.    Russia SKS 45 rifle, unknown serial number,
    c.    Smith and Wesson SD9 VE pistol, unknown serial number,
    d.    Handgun with tan grip, unknown serial number,
    e.    FTL MGTG Corp. .22 LR Auto 9 pistol, unknown serial number,
    f.    Saiga/SGM Tactical rifle, serial number 09720838,
    g.    EP Armory, AR-15 rifle, S/N 09181522407,
    h.    EP Armory, AR-15 rifle, unknown serial number,
    i.    Springfield silver and ivory pistol, serial number N569588,
    j.    Springfield black with white plate pistol, serial number NM325361,
    k.    Colt, .38, "AN" personalized plate, serial number 38SS04702,
    l.    Colt 1911 silver pistol, serial number SN03377,
    m.    Springfield Armory, .45, serial number NM197007,

      n.     Smith & Wesson .357 caliber revolver, serial number CJB7096,
      o.     Smith & Wesson .40 caliber, serial number FCV207,
      p.     12-gauge semi-auto shotgun, Benelli, serial number Y027242,
      q.     Springfield Herstal, serial number 385197103,
      r.     Desert Eagle pistol, serial number DK0064132,
      s.     Glock pistol, serial number NBU083,
      t.     Colt silver and gold pistol, serial number SS02618E,
      u.     Three ballistic Body Armor vests,
      v.     Two muzzle flash suppressors, and
      w.     All ammunition and magazines seized in this case.

Beginning on July 14, 2022, December 8, 2022, and again on October 29, 2024, for at least thirty (30) consecutive days, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Omar Alberto Navarro and David Delgado Gonzalez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 7th day of January 2025.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

FINAL ORDER OF FORFEITURE      2